In the Matter of the Claim of DOROTHY KLOSNER, Respondent. SPERBER SALES, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Decision dated April 29, 1966 rescinded, and application for appointment of an attorney and counselor at law to represent claimant-respondent upon appeal from a decision of the Appeal Board granted; Leon M. Layden, Esq., 221½ Main Street, Hudson Falls, assigned for that purpose (Labor Law, § 538). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

PAMELA H. LA BOUNTY, Respondent, v. JOHN T. LA BOUNTY, Appellant.— Motion, insofar as it seeks permission to proceed upon one typewritten record and six copies of a typewritten brief and appendix, granted, and in all other respects denied, without costs. (See CPLR 1101, subd. [a].) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH G. CHURCH, Appellant.— Motion to dismiss appeal granted (*People* v. *Jones,* 25 A D 2d 689). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD A. WELCH, Appellant.— Motion for permission to proceed as a poor person and assignment of counsel upon appeal from order entered in County Court, Schenectady County, on March 22, 1966, denying a motion for resentence denied, and purported appeal dismissed. No appeal lies to this court from such an order (*People* v. *Matishek,* 23 A D 2d 540). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.